## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CAMERON DEJONG, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    - against -<br><br>LAW OFFICES HOWARD LEE SCHIFF, P.C., PORTFOLIO RECOVERY ASSOCIATES, LLC and JOHN DOES 1-25<br><br>      Defendant. | Docket No: 1:17-cv-00721-PB |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

  THAT pursuant to the parties' May 7, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:17-cv-00721-PB, are dismissed with prejudice; and

  THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS**  10  **day of**  May  **, 2018.**


                /s/ Paul Barbadoro
                HONORABLE PAUL J. BARBADORO
                UNITED STATES DISTRICT JUDGE