UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Cameron DeJong

    v.

Law Offices of
Howard Lee Schiff, PC, et al

Case No. 17-cv-721-PB

JUDGMENT

In accordance with the Order by Judge Paul Barbadoro date May 10, 2018, and the Stipulation of Dismissal file May 8, 2018, judgment is hereby entered.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: May 11, 2018

cc: Counsel of Record